NEM:DJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | APPLICATION |
| v. | 24-MJ-00496 (JAM) |
| YOMI JONES OLAYEYE, | |
| Defendant | |

- - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Daniel J. Marcus, submits this application for an order directing the United States Marshals Service for the Eastern District of New York ("USMS") to permit Special Agents of the Federal Bureau of Investigation ("FBI") to take custody of defendant Yomi Jones Olayeye, Register Number 00022-506, who is in federal custody at the Metropolitan Detention Center ("MDC"), on August 21, 2024, for the purpose of transporting him to the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island ("Wyatt Detention Facility"), where he will be housed.

      Consistent with the Court's August 20, 2024 Order that defendant Olayeye be detained and removed to the District of Massachusetts, he is to be, upon arrival at the Wyatt Detention Facility, remanded to the custody of the United States Marshals Service for the District of Massachusetts, to be housed at Wyatt Detention Facility pending further proceedings in the United States District Court for the District of Massachusetts, which are scheduled for Thursday, August 22, 2024.  The USMS, the U.S. Attorney's Offices for the District of Massachusetts and

the Eastern District of New York, and defendant Olayeye's attorney consent to this arrangement in order to secure his prompt transfer to the District of Massachusetts.

WHEREFORE, it is respectfully requested that this Court issue an order directing the USMS to permit FBI Special Agents to take defendant Yomi Jones Olayeye from the MDC to the Wyatt Detention Facility on August 21, 2024, and for the defendant to be remanded to the custody of the United States Marshals Service for the District of Massachusetts for further proceedings in that district.

Dated: Brooklyn, New York
       August 20, 2024

                                      BREON PEACE
                                      United States Attorney
                                      Eastern District of New York

              By:    /s/ Daniel J. Marcus
                      Daniel J. Marcus
                      Assistant U.S. Attorney

NEM:DJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | 24-MJ-00496 (JAM) |
| YOMI JONES OLAYEYE, | |
| Defendant | |

- - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

  Upon the application of United States Attorney BREON PEACE, by Assistant United States Attorney Daniel J. Marcus, it is hereby ORDERED that the United States Marshals Service for the Eastern District of New York ("USMS") shall permit Special Agents of the Federal Bureau of Investigation ("FBI") to take custody of defendant Yomi Jones Olayeye, Register Number 00022-506, who is in federal custody at the Metropolitan Detention Center in Brooklyn ("MDC"), from MDC on August 21, 2024, for the purpose of transporting the defendant to the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island, where he will be housed, in connection with the defendant's removal to the District of Massachusetts for further proceedings in his case there.   Upon arrival at the Donald W. Wyatt Detention Facility, the defendant is remanded to the custody of the United States Marshals Service for the District of

Massachusetts, pending further proceedings before that court, which are scheduled for August 22, 2024.

Dated: Brooklyn, New York
       August 20, 2024

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK